# EXHIBIT A

**SUPERIOR COURT OF CALIFORNIA**
# County of SAN DIEGO

**Register of Actions Notice**

| | | | |
|---|---|---|---|
| Case Number: | 37-2020-00025189-CU-PO-CTL | Filing Date: | 07/20/2020 |
| Case Title: | Warrick VS Exeter Finance LLC [IMAGED] | Case Age: | 52 days |
| Case Status: | Pending | Location: | Central |
| Case Category: | Civil - Unlimited | Judicial Officer: | Katherine Bacal |
| Case Type: | PI/PD/WD - Other | Department: | C-69 |

**Future Events**

| Date | Time | Department | Event |
|---|---|---|---|
| 05/14/2021 | 10:00 AM | C-69 | Civil Case Management Conference - Complaint |

**Participants**

| Name | Role | Representation |
|---|---|---|
| ALS Resolvion LLC | Defendant | |
| Exeter Finance LLC | Defendant | |
| Warrick, Jarod | Plaintiff | Rocco, Joseph |
| Warrick, Leanne | Plaintiff | Rocco, Joseph |

**Representation**

| Name | Address | Phone Number |
|---|---|---|
| ROCCO, JOSEPH | 4655 Cass Street 410 San Diego CA 92109 | (800) 219-3577 |

| ROA# | Entry Date | Short/Long Entry | Filed By |
|---|---|---|---|
| 1 | 07/20/2020 | Complaint filed by Warrick, Leanne; Warrick, Jarod. Refers to: Exeter Finance LLC; ALS Resolvion LLC | Warrick, Leanne (Plaintiff); Warrick, Jarod (Plaintiff) |
| 2 | 07/20/2020 | Civil Case Cover Sheet filed by Warrick, Leanne; Warrick, Jarod. Refers to: Exeter Finance LLC; ALS Resolvion LLC | Warrick, Leanne (Plaintiff); Warrick, Jarod (Plaintiff) |
| 3 | 07/20/2020 | Original Summons filed by Warrick, Leanne; Warrick, Jarod. Refers to: Exeter Finance LLC; ALS Resolvion LLC | Warrick, Leanne (Plaintiff); Warrick, Jarod (Plaintiff) |
| 4 | 07/21/2020 | Summons issued. | |
| 5 | 07/20/2020 | Case assigned to Judicial Officer Bacal, Katherine. | |
| 6 | 07/21/2020 | Civil Case Management Conference scheduled for 05/14/2021 at 10:00:00 AM at Central in C-69 Katherine Bacal. | |
| 7 | 07/21/2020 | Case initiation form printed. | |
| 8 | 08/21/2020 | Declaration of Non-Service filed by Warrick, Leanne; Warrick, Jarod. Refers to: ALS Resolvion LLC | Warrick, Leanne (Plaintiff); Warrick, Jarod (Plaintiff) |
| 9 | 09/01/2020 | Proof of Service of 30-day Summons & Complaint - Personal filed by Warrick, Leanne; Warrick, Jarod. Refers to: ALS Resolvion LLC | Warrick, Leanne (Plaintiff); Warrick, Jarod (Plaintiff) |
| 10 | 09/02/2020 | Proof of Service of 30-day Summons & Complaint - Personal filed by Warrick, Jarod; Warrick, Leanne. Refers to: ALS Resolvion LLC | Warrick, Jarod (Plaintiff); Warrick, Leanne (Plaintiff) |

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| L. Paul Mankin (SBN 264038) Joseph Rocco (SBN 326862) Nick Dahl (SBN 320777)<br>The Law Office of L. Paul Mankin<br>4655 Cass Street, Suite 410, San Diego CA 92109<br>pmankin@paulmankin.com ; jrocco@paulmankin.com ; ndahl@paulmankin.com<br>TELEPHONE NO.: 800-219-3577          FAX NO.: 323-207-3885<br>ATTORNEY FOR (Name): Jarod and Leanne Warrick | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**07/20/2020** at 05:16:12 PM<br><br>Clerk of the Superior Court<br>By Taylor Crandall, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS: 330 W. Broadway
CITY AND ZIP CODE: San Diego, 92101
BRANCH NAME: Hall of Justice

CASE NAME: JAROD WARRICK, AND LEANNE WARRICK V. EXETER
FINANCE LLC, AIR RESOLUTION, LLC, and DOES 1 Through 10,

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: 37-2020-00025189-CU-PO-CTL |
|---|---|---|---|---|
| ☑ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE: Judge Katherine Bacal<br>DEPT: |

Items 1–6 below must be completed (see instructions on page 2).

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☑ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition (not specified above) (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☑ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action (specify): 4
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 07/20/2020
Joseph Rocco
_____          ▶          _____
(TYPE OR PRINT NAME)                           (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |
|---|---|---|

Exhibit A - Page 8

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | |
|---|---|
| **NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):*<br>EXETER FINANCE LLC, ALS RESOLVION, LLC., and DOES 1 through 10,<br><br>**YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br><br>JAROD WARRICK, and LEANNE WARRICK | *FOR COURT USE ONLY*<br>*(SOLO PARA USO DE LA CORTE)*<br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**07/20/2020** at 05:18:12 PM<br>Clerk of the Superior Court<br>By Taylor Crandall, Deputy Clerk |

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*  Hall of Justice<br>330 W. Broadway<br>San Diego, CA 92101 | CASE NUMBER: *(Número del Caso):*<br>37-2020-00025189-CU-PO-CTL |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

The Law Office of Paul Mankin, APC, 4655 Cass St., Ste. 410, San Diego, CA 92109; (P) (800) 219 - 3577

| DATE: 07/21/2020 | Clerk, by | *T. Crandall* | , Deputy |
|---|---|---|---|
| *(Fecha)* | *(Secretario)* | T. Crandall | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

[SEAL] Superior Court of California County of San Diego

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
            ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
            ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
            ☐ other *(specify):*
4. ☐ by personal delivery on *(date)*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courts.ca.gov* |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

| | |
|---|---|
| STREET ADDRESS: | 330 W Broadway |
| MAILING ADDRESS: | 330 W Broadway |
| CITY AND ZIP CODE: | San Diego, CA 92101-3827 |
| BRANCH NAME: | Central |
| TELEPHONE NUMBER: | (619) 450-7069 |

PLAINTIFF(S) / PETITIONER(S):   Leanne Warrick et.al.

DEFENDANT(S) / RESPONDENT(S):   Exeter Finance LLC et.al.

WARRICK VS EXETER FINANCE LLC [IMAGED]

| NOTICE OF CASE ASSIGNMENT and CASE MANAGEMENT CONFERENCE | CASE NUMBER: 37-2020-00025189-CU-PO-CTL |
|---|---|

**CASE ASSIGNED FOR ALL PURPOSES TO:**

Judge:  Katherine Bacal                                     Department: C-69

**COMPLAINT/PETITION FILED:** 07/20/2020

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT | JUDGE |
|---|---|---|---|---|
| Civil Case Management Conference | 05/14/2021 | 10:00 am | C-69 | Katherine Bacal |

Due to the COVID-19 pandemic, all hearings will be conducted remotely until further notice. Absent an order of the court, personal appearances at the hearing will not be allowed. For information on arranging telephonic or video appearances, contact CourtCall at (888)882-6878, or at www.courtcall.com. Please make arrangements with CourtCall as soon as possible.

A case management statement must be completed by counsel for all parties or self-represented litigants and timely filed with the court at least 15 days prior to the initial case management conference. (San Diego Local Rules, Division II, CRC Rule 3.725).

All counsel of record or parties in pro per shall appear at the Case Management Conference, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of ADR* options.

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT), THE ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION FORM (SDSC FORM #CIV-730), A STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR) (SDSC FORM #CIV-359), AND OTHER DOCUMENTS AS SET OUT IN SDSC LOCAL RULE 2.1.5.

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

TIME STANDARDS: The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time.  General civil cases consist of all civil cases except: small claims proceedings, civil petitions, unlawful detainer proceedings, probate, guardianship, conservatorship, juvenile, parking citation appeals, and family law proceedings.

COMPLAINTS: Complaints and all other documents listed in SDSC Local Rule 2.1.5 must be served on all named defendants.

DEFENDANT'S APPEARANCE: Defendant must generally appear within 30 days of service of the complaint.  (Plaintiff may stipulate to no more than 15 day extension which must be in writing and filed with the Court.) (SDSC Local Rule 2.1.6)

JURY FEES:  In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

COURT REPORTERS: Court reporters are not provided by the Court in Civil cases. See policy regarding normal availability and unavailability of official court reporters at www.sdcourt.ca.gov.

*ALTERNATIVE DISPUTE RESOLUTION (ADR):  THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO TRIAL, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. PARTIES MAY FILE THE ATTACHED STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (SDSC FORM #CIV-359).

SDSC CIV-721 (Rev. 01-17)

**NOTICE OF CASE ASSIGNMENT**

Page: 1



**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

**ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION**

CASE NUMBER: 37-2020-00025189-CU-PO-CTL     CASE TITLE: Warrick VS Exeter Finance LLC [IMAGED]

<u>**NOTICE:**</u> **All plaintiffs/cross-complainants in a general civil case are required to serve a copy of the following three forms on each defendant/cross-defendant, together with the complaint/cross-complaint:**
        **(1) this Alternative Dispute Resolution (ADR) Information form (SDSC form #CIV-730),**
        **(2) the Stipulation to Use Alternative Dispute Resolution (ADR) form (SDSC form #CIV-359),** _**and**_
        **(3) the Notice of Case Assignment form (SDSC form #CIV-721).**

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts, community organizations, and private providers offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. The San Diego Superior Court expects that litigants will utilize some form of ADR as a mechanism for case settlement before trial, and it may be beneficial to do this early in the case.

Below is some information about the potential advantages and disadvantages of ADR, the most common types of ADR, and how to find a local ADR program or neutral. A form for agreeing to use ADR is attached (SDSC form #CIV-359).

<u>**Potential Advantages and Disadvantages of ADR**</u>
ADR may have a variety of advantages or disadvantages over a trial, depending on the type of ADR process used and the particular case:

| **Potential Advantages** | **Potential Disadvantages** |
|---|---|
| • Saves time | • May take more time and money if ADR does not resolve the dispute |
| • Saves money | • Procedures to learn about the other side's case (discovery), jury trial, appeal, and other court protections may be limited or unavailable |
| • Gives parties more control over the dispute resolution process and outcome | |
| • Preserves or improves relationships | |

<u>**Most Common Types of ADR**</u>
You can read more information about these ADR processes and watch videos that demonstrate them on the court's ADR webpage at http://www.sdcourt.ca.gov/adr.

**Mediation:**  A neutral person called a "mediator" helps the parties communicate in an effective and constructive manner so they can try to settle their dispute. The mediator does not decide the outcome, but helps the parties to do so. Mediation is usually confidential, and may be particularly useful when parties want or need to have an ongoing relationship, such as in disputes between family members, neighbors, co-workers, or business partners, or when parties want to discuss non-legal concerns or creative resolutions that could not be ordered at a trial.

**Settlement Conference:**  A judge or another neutral person called a "settlement officer" helps the parties to understand the strengths and weaknesses of their case and to discuss settlement. The judge or settlement officer does not make a decision in the case but helps the parties to negotiate a settlement. Settlement conferences may be particularly helpful when the parties have very different ideas about the likely outcome of a trial and would like an experienced neutral to help guide them toward a resolution.

**Arbitration:**  A neutral person called an "arbitrator" considers arguments and evidence presented by each side and then decides the outcome of the dispute.  Arbitration is less formal than a trial, and the rules of evidence are usually relaxed. If the parties agree to binding arbitration, they waive their right to a trial and agree to accept the arbitrator's decision as final. With nonbinding arbitration, any party may reject the arbitrator's decision and request a trial. Arbitration may be appropriate when the parties want another person to decide the outcome of their dispute but would like to avoid the formality, time, and expense of a trial.

Exhibit A - Page 11

**Other ADR Processes:**  There are several other types of ADR which are not offered through the court but which may be obtained privately, including neutral evaluation, conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR processes. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute.  Be sure to learn about the rules of any ADR program and the qualifications of any neutral you are considering, and about their fees.

<u>Local ADR Programs for Civil Cases</u>

**Mediation:**  The San Diego Superior Court maintains a Civil Mediation Panel of approved mediators who have met certain minimum qualifications and have agreed to charge $150 per hour for each of the first two (2) hours of mediation and their regular hourly rate thereafter in court-referred mediations.

<u>On-line mediator search and selection:</u>  Go to the court's ADR webpage at www.sdcourt.ca.gov/adr and click on the "Mediator Search" to review individual mediator profiles containing detailed information about each mediator including their dispute resolution training, relevant experience, ADR specialty, education and employment history, mediation style, and fees and to submit an on-line Mediator Selection Form (SDSC form #CIV-005).  The Civil Mediation Panel List, the Available Mediator List, individual Mediator Profiles, and Mediator Selection Form (CIV-005) can also be printed from the court's ADR webpage and are available at the Mediation Program Office or Civil Business Office at each court location.

**Settlement Conference:**  The judge may order your case to a mandatory settlement conference, or voluntary settlement conferences may be requested from the court if the parties certify that: (1) settlement negotiations between the parties have been pursued, demands and offers have been tendered in good faith, and resolution has failed; (2) a judicially supervised settlement conference presents a substantial opportunity for settlement; and (3) the case has developed to a point where all parties are legally and factually prepared to present the issues for settlement consideration and further discovery for settlement purposes is not required. Refer to SDSC Local Rule 2.2.1 for more information. To schedule a settlement conference, contact the department to which your case is assigned.

**Arbitration:**  The San Diego Superior Court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience.  Refer to SDSC Local Rules <u>Division II, Chapter III</u> and Code Civ. Proc. <u>§ 1141.10 et seq</u> or contact the Arbitration Program Office at (619) 450-7300 for more information.

<u>More information about court-connected ADR</u>: Visit the court's ADR webpage at www.sdcourt.ca.gov/adr or contact the court's Mediation/Arbitration Office at (619) 450-7300.

**Dispute Resolution Programs Act (DRPA) funded ADR Programs:**  The following community dispute resolution programs are funded under DRPA (Bus. and Prof. Code §§ 465 et seq.):
- In Central, East, and South San Diego County, contact the National Conflict Resolution Center (NCRC) at www.ncrconline.com or (619) 238-2400.
- In North San Diego County, contact North County Lifeline, Inc. at www.nclifeline.org or (760) 726-4900.

**Private ADR:**  To find a private ADR program or neutral, search the Internet, your local telephone or business directory, or legal newspaper for dispute resolution, mediation, settlement, or arbitration services.

<u>Legal Representation and Advice</u>

To participate effectively in ADR, it is generally important to understand your legal rights and responsibilities and the likely outcomes if you went to trial. ADR neutrals are not allowed to represent or to give legal advice to the participants in the ADR process. If you do not already have an attorney, the California State Bar or your local County Bar Association can assist you in finding an attorney. Information about obtaining free and low cost legal assistance is also available on the California courts website at *www.courtinfo.ca.gov/selfhelp/lowcost*.

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO** | *FOR COURT USE ONLY* |
|---|---|
| STREET ADDRESS:     330 West Broadway | |
| MAILING ADDRESS:     330 West Broadway | |
| CITY, STATE, & ZIP CODE: San Diego, CA  92101-3827 | |
| BRANCH NAME:     Central | |

| PLAINTIFF(S):    Leanne Warrick et.al. |
|---|
| DEFENDANT(S):  Exeter Finance LLC et.al. |
| SHORT TITLE:    WARRICK VS EXETER FINANCE LLC [IMAGED] |

| **STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR)** | CASE NUMBER:<br>37-2020-00025189-CU-PO-CTL |
|---|---|

Judge: Katherine Bacal                                                 Department: C-69

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution (ADR) process.  Selection of any of these options will not delay any case management timelines.

☐  Mediation (court-connected)                    ☐  Non-binding private arbitration

☐  Mediation (private)                                   ☐  Binding private arbitration

☐  Voluntary settlement conference (private)     ☐  Non-binding judicial arbitration (discovery until 15 days before trial)

☐  Neutral evaluation (private)                      ☐  Non-binding judicial arbitration (discovery until 30 days before trial)

☐  Other (*specify e.g., private mini-trial, private judge, etc.*): _____

_____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: *(Name)* _____

_____

_____

Alternate neutral (for court Civil Mediation Program and arbitration only): _____

Date: _____        Date: _____

_____        _____
Name of Plaintiff                                        Name of Defendant

_____        _____
Signature                                                Signature

_____        _____
Name of Plaintiff's Attorney                             Name of Defendant's Attorney

_____        _____
Signature                                                Signature

If there are more parties and/or attorneys, please attach additional completed and fully executed sheets.

It is the duty of the parties to notify the court of any settlement pursuant to Cal. Rules of Court, rule 3.1385.  Upon notification of the settlement, the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court.

**IT IS SO ORDERED.**

Dated:  07/21/2020                                    _____
                                                        JUDGE OF THE SUPERIOR COURT

| SDSC CIV-359 (Rev 12-10) | **STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION** | Page: 1 |
|---|---|---|

1  Paul Mankin- SBN 264038
   Nicholas Dahl – SBN 320777
2  Joseph Rocco – SBN 326862
   The Law Office of L. Paul Mankin
3  4655 Cass Street, Suite 410
   San Diego, CA 92109
4  Phone: (800)-219-3577
   Facsimile: (323) 207-3885
5  jrocco@paulmankin.com

6  *Attorneys for Plaintiffs*

7

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**07/20/2020** at 05:16:12 PM
Clerk of the Superior Court
By Taylor Crandall,Deputy Clerk

8
9          SUPERIOR COURT OF THE STATE OF CALIFORNIA
              FOR THE COUNTY OF SAN DIEGO
10                  UNLIMITED JURISDICTION

11

12  JAROD WARRICK, and LEANNE          )   Case No.:  37-2020-00025189-CU-PO-CTL
    WARRICK,                           )
13                                     )   **COMPLAINT**
                                       )   Amount not to exceed $25,000
14              Plaintiff,             )
                                       )   1.  Violation of Rosenthal Fair Debt
15         vs.                         )       Collection Practices Act;
                                       )   2.  Violation of the Fair Debt Collection
16  EXETER FINANCE LLC, ALS RESOLVION, )       Practices Act:
    LLC., and DOES 1 through 10,       )   3.  Conversion
17                                     )   4.  Negligence
                                       )
18              Defendant.             )
                                       )
19                                     )
                                       )
20                                     )
                                       )
21                                     )

22

23                          **INTRODUCTION**

24        Plaintiff, JAROD WARRICK and LEANNE WARRICK (hereinafter "Plaintiffs"), for

25  their complaint against Defendants, EXETER FINANCE LLC, ALS RESOLVION, LLC., and

26  Does 1 through 10, alleges as follows:

27  //

28  //


                              COMPLAINT - 1

## **PARTIES**

1.     Plaintiffs are natural persons who at all times herein mentioned were residents of El Cajon, County of San Diego, and the State of California, and is are "consumers" as defined by the FDCPA, 15 U.S.C. §1692a(3) and are "debtors" as defined by Cal. Civ. Code §1788.2(h).

2.     Defendant Exeter Finance LLC (hereinafter, "Exeter") is a lender and debt collection agency,  in the business of collecting debts from Plaintiffs which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and  a "consumer debt," as defined by Cal. Civ. Code §1788.2(f). Defendant regularly attempts to collect debts alleged to be due by another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal. Civ. Code §1788.2(c).

3.     Defendant ALS Resolvion, LLC (hereinafter, "ALS") is a lender and debt collection agency, in the business of collecting debts from Plaintiffs which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and  a "consumer debt," as defined by Cal. Civ. Code §1788.2(f). Defendant regularly attempts to collect debts alleged to be due by another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal. Civ. Code §1788.2(c).

4.     Plaintiffs do not know the true names and capacities, whether corporate, partnership, associate, individual or otherwise, of Defendants sued herein as Does 1 through 10, inclusive, and therefore names said Defendants under provisions of *Section 474 of the California Code of Civil Procedure*.

5.     Plaintiffs are informed and believe, and on that basis allege that Defendants Does 1 through 10 are in some manner responsible for acts, occurrences and transactions set forth herein and are legally liable to Plaintiffs.

6.     At all times mentioned, each of the Defendants, whether actually named or fictitiously named, was the agent of the other Defendants, whether actually named or fictitiously named, and each other and was at all times acting within the purpose and scope of such agency. Plaintiffs are informed and believe, and on that basis alleges, that at all times mentioned herein each Defendant, whether actually or fictitiously named was the principal, agent or employee of each

COMPLAINT - 2

1  other Defendant, and in acting as such principal, or within the course and scope of such

2  employment or agency, took some part in the acts and omissions hereinafter set forth by reason

3  of which each Defendant is liable to Plaintiffs for the relief prayed for herein. At all times

4  relevant herein, Defendants ratified the unlawful conduct of the other Defendants, who were

5  acting within the scope of their agency or employment, by accepting the benefits of the

6  transaction(s) with knowledge of the wrongdoing, or otherwise by failure to repudiate the

7  misconduct.

8                          **FACTUAL ALLEGATIONS**

9  7.     Plaintiffs purchased the 2014 Infiniti G50 Hybrid, VIN No.: JN1AV7AR6EM701379

10  (hereinafter "Vehicle") after receiving financing through Exeter that was unlawfully repossessed

11  in this matter

12  8.     This financial obligation was primarily for personal, family or household purposes and

13  are therefore "debt(s)" as that term is defined by 15 U.S.C. § 1692a(5).

14  9.     Plaintiffs are both service members with the United States armed forces.

15  10.    On information and belief, on or around January of 2020, a repossession order from

16  Exeter was placed on the Vehicle. Plaintiffs were, and remain, current on the account which

17  Exeter ordered the repossession for.

18  11.    On January 25th, 2020, ALS, acting as an agent, and on behalf of Exeter, unlawfully

19  gained entrance to Plaintiffs' gated and secured residential property by physically, or

20  electronically, breaking the gate lock mechanism, to repossess the Vehicle.

21  12.    Plaintiffs did not provide permission for Defendant to enter the secured property.

22  13.    Plaintiff Jarod Warrick was deployed at the time of the repossession.

23  14.    Defendants subsequently repossessed the Vehicle from Plaintiffs' gated and secured

24  residential property.

25  15.    Plaintiffs have subsequently recovered their Vehicle on or around February 10, 2020.

26  Defendants returned the unlawfully repossessed Vehicle to Plaintiffs by returning it to their

27  residence.

28  //

COMPLAINT - 3

16.     Plaintiffs are informed and believe that the Vehicle was damaged by Defendants while the Vehicle it was in their possession, either during the repossession or in period leading up to the return of the Vehicle.

## COUNT I: VIOLATION OF ROSENTHAL
## FAIR DEBT COLLECTION PRACTICES ACT
### (All Defendants)

15.     . Plaintiffs reincorporate by reference paragraphs 1 through 14 as if fully written herein.

16.     § 1788.17 of the RFDCPA mandates that every debt collector collecting or attempting to collect a consumer debt shall comply with the provisions of Sections1692f(1),692f(6), inclusive, of, and shall be subject to the remedies in Section 1692k of, Title 15 of the United States Code statutory regulations contained within the FDCPA, 15 U.S.C. § 1692d.

17.     Defendant violated the RFDCPA by repossessing Plaintiffs Vehicle after committing a breach of the peace during the repossession. *See* (§ 1692(f)(6)). Defendants breached the peace by unlawfully gaining entrance to Plaintiffs' gated and secured residential property by physically, or electronically, breaking the gate lock mechanism, to repossess the Vehicle.

18.     As a result of the above violations of the RFDCPA, Plaintiffs suffered and continue to suffer injury to Plaintiffs feelings, personal humiliation, embarrassment, and Defendant is liable to Plaintiffs for Plaintiffs actual damages, statutory damages, and costs and attorney's fees.

## COUNT II: VIOLATION OF FAIR DEBT COLLECTION
## PRACTICES ACT 15 U.S.C. § 1692 et seq.
### (ALS Only)

19.     Plaintiffs reincorporate by reference paragraphs 1 through 18 as if fully written herein.

20.     Defendant's conduct violated the FDCPA in multiple ways, including but not limited to:

    a)  Defendant breached the peace by unlawfully gaining entrance to Plaintiffs gated and secured residential property by physically, or electronically, breaking the gate lock mechanism, to repossess the Vehicle in violation of 1692f(1) and 1692f(6);

21.     As a result of each and every violation of the FDCPA, Plaintiffs are entitled to any actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in the amount up to $1,000.00

Exhibit A - Page 17

1  pursuant to 15 U.S.C. § 1692k(a)(2)(A); and reasonable attorney's fees and costs pursuant to 15

2  U.S.C. § 1692k(a)(3) from each Defendant.

3  **COUNT III: CONVERSION**

4  **(All Defendants)**

5  22.    Plaintiffs reincorporate by reference paragraphs 1 through 21 as if fully written herein.

6  23.    Defendants intentionally deprived Plaintiffs of their rightful possession of the Vehicle.

7  24.    Defendants did not have a present right of possession to the Vehicle at the time of its

8  taking.

9  25.    Defendants knew that they did not have the present right to take Plaintiffs Vehicle and

10 did so regardless.

11 26.    At all times relevant hereto, Defendant acted with malice, recklessness, and total and

12 deliberate disregard for the contractual and personal rights of Plaintiff.

13 27.    As a proximate result of Defendant's actions, Plaintiffs were deprived of their Vehicle,

14 incurred expense for alternate transportation, and suffered, anxiety, and mental distress.

15 28.    As a result of Defendants conversion of Plaintiffs Vehicle, Plaintiffs are entitled to their

16 actual damages, punitive or exemplary damages, and attorney's fees and costs of suit.

17 **COUNT IV: NEGLIGENCE**

18 **(All Defendants)**

19 28.    Plaintiffs incorporate by reference Paragraphs 1 through 27 of this complaint as though

20 set forth in full herein.

21 29.    In so repossessing the Vehicle, Defendants were under a general duty of care to exercise

22 reasonable caution in repossessing the Vehicle lawfully.

23 30.    Defendants breached their duty of care by knowingly, and recklessly, taking Plaintiffs

24 Vehicle without the present right to do so.

25 31.    As a direct and proximate result of Defendants negligence and carelessness, Plaintiffs

26 suffered and continues to suffer injury to Plaintiffs feelings, personal humiliation, and

27 embarrassment.  Plaintiffs have also suffered from loss of use of their Vehicle.

28 //

COMPLAINT - 5

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray that judgment be entered against Defendants for the following:

        A.      Actual damages;

        B.      Statutory damages;

        C.      Punitive damages;

        D.      Costs and reasonable attorney's fees; and,

        E.      For such other and further relief as may be just and proper.

PLAINTIFFS DEMANDS A JURY TRIAL

                                LAW OFFICE OF PAUL MANKIN, APC

Date: July 20, 2020

                                  Joseph Rocco, Esq.

                                  Attorney for Plaintiffs

COMPLAINT - 6

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):*<br>Law Office of L. Paul Mankin<br>4655 Cass St., Ste. 410<br>San Diego, CA 92109 | FOR COURT USE ONLY |
|---|---|
|       TELEPHONE NO.: **800-219-3577**       FAX NO. *(Optional):* | |
| E-MAIL ADDRESS *(Optional):* | |
|   ATTORNEY FOR *(Name):* **JAROD WARRICK; ET AL.** | 2020  F  6  12  I  L  E 2:  D 2 <br>Clerk of the Superior Court<br><br>AUG 21  2020 |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
|   STREET ADDRESS: **330 W Broadway** | |
|   MAILING ADDRESS: **330 West Broadway Room 225 (Civil)** | |
|   CITY AND ZIP CODE: **San Diego 92101** | |
|   BRANCH NAME: **Hall of Justice Courthouse** | |

| PLAINTIFF/PETITIONER: **JAROD WARRICK; ET AL.** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **ALS RESOLVION LLC; ET AL.** | **37-2020-00025189-CU-PO-CTL** |

| **DECLARATION OF NON SERVICE** | Ref. No. or File No.:<br>**REF-6324735** |
|---|---|

**IMAGED FILE**

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
    **SUMMONS; COMPLAINT; COVER SHEET; NOTICE OF CASE ASSIGNMENT; NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE; STATEMENT OF DAMAGES**

I attempted to serve    **ALS RESOLVION LLC**
at the address of     **10815 DAVID TAYLOR DR STE 250, CHARLOTTE, NC 28262-1047**

and was unable to effect service for the following reasons:
    **8/14/2020 3:16 PM: Documents accepted by Madison Sisemore, Team Leader, authorized to accept.**

Fee for service: **$ 95.00**

I am not a registered California process server; my name, address, phone number, and county of registration and number are:

    **Michael Van Keuren**
    **913 Coach House Place, Concord, NC 28027**

    **, #**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date:  08/16/2020

_____
    Michael Van Keuren
    (PRINTED NAME OF DECLARANT)

_____
    (SIGNATURE OF DECLARANT)

BY FAX

Exhibit A - Page 20

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):*<br>Law Office of L. Paul Mankin<br>4655 Cass St., Ste. 410<br>San Diego, CA 92109<br>    TELEPHONE NO.: 800-219-3577    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>    ATTORNEY FOR *(Name):* JAROD WARRICK; ET AL. | FOR COURT USE ONLY<br>CIVIL BUSINESS OFFICE-31<br>CENTRAL DIVISION<br><br>2020 SEP -1  P 12: 43<br><br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
    STREET ADDRESS:   330 W Broadway
    MAILING ADDRESS:   330 West Broadway Room 225 (Civil)
    CITY AND ZIP CODE:   San Diego 92101
    BRANCH NAME:   Hall of Justice Courthouse

| | |
|---|---|
| PLAINTIFF/PETITIONER: JAROD WARRICK; ET AL. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: ALS RESOLVION LLC; ET AL. | 37-2020-00025189-CU-PO-CTL |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>REF-6324735 |

**IMAGED FILE**

**BY FAX**

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of *(specify documents):*
    **SUMMONS; COMPLAINT; COVER SHEET; NOTICE OF CASE ASSIGNMENT; NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE; STATEMENT OF DAMAGES**

3.  a.  Party served *(specify name of party as shown on documents served):*
        **ALS RESOLVION LLC**

    b.  [X]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*
        **ALS RESOLVION LLC, Documents accepted by Madison Sisemore, Team Leader, authorized to accept.**

4.  Address where the party was served:
    **10815 DAVID TAYLOR DR, STE 250, CHARLOTTE, NC 28262-1047**

5.  I served the party *(check proper box)*
    a.  [X]  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 08/14/2020 at *(time):* 3:16 PM

    b.  [ ]   **by substituted service.** On *(date):*            at *(time):*           I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

        (1) [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2) [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3) [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4) [ ]  I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):*         from *(city):*              or [ ] a declaration of mailing is attached.

        (5) [ ]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California POS-
010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10

Tracking #: 0056867142

REF: REF-6324735

| PLAINTIFF/PETITIONER: JAROD WARRICK; ET AL. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ALS RESOLVION LLC; ET AL. | 37-2020-00025189-CU-PO-CTL |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

　　(1) on *(date):*　　　　　　　(2) from *(city):*

　　(3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

　　(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

　　☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☒ On behalf of *(specify)*  **ALS RESOLVION LLC**

　　under the following Code of Civil Procedure section:

　　☒ 416.10 (corporation)　　　　　　　　　☐ 415.95 (business organization, form unknown)
　　☐ 416.20 (defunct corporation)　　　　　　☐ 416.60 (minor)
　　☐ 416.30 (joint stock company/association)　☐ 416.70 (ward or conservatee)
　　☐ 416.40 (association or partnership)　　　☐ 416.90 (authorized person)
　　☐ 416.50 (public entity)　　　　　　　　　☐ 415.46 (occupant)
　　　　　　　　　　　　　　　　　　　　　　☐ other:

7. **Person who served papers**

a. Name:　　　　　　　　　**Michael Van Keuren**
b. Address:　　　　　　　　**913 Coach House Place, Concord, NC 28027**
c. Telephone number:
d. The fee for service was: **$ 95.00**
e. I am:

　　(1) ☒ not a registered California process server.
　　(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
　　(3) ☐ registered California process server:
　　　　(i) ☐ owner　☐ employee　☐ independent contractor.　For:
　　　　(ii) ☐ Registration No.:　　　　　　　　　Registration #:
　　　　(iii) ☐ County:　　　　　　　　　　　　County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

　　or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 08/27/2020

_____　　　　　　　　_____
**Michael Van Keuren**　　　　　　　　　　　　　　　　　(SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*BY FAX*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State, Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| **Law Office of L. Paul Mankin**<br>**4655 Cass St., Ste. 410**<br>**San Diego, CA 92109** | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**09/02/2020** at 05:41:00 PM<br><br>Clerk of the Superior Court<br>By E- Filing,Deputy Clerk |

TELEPHONE NO.: **800-219-3577**        FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name): **JAROD WARRICK; ET AL.**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

STREET ADDRESS: **330 W Broadway**

MAILING ADDRESS: **330 West Broadway Room 225 (Civil)**

CITY AND ZIP CODE: **San Diego 92101**

BRANCH NAME: **Hall of Justice Courthouse**

| | |
|---|---|
| PLAINTIFF/PETITIONER: **JAROD WARRICK; ET AL.** | CASE NUMBER: |
| DEFENDANT/RESPONDENT: **ALS RESOLVION LLC; ET AL.** | **37-2020-00025189-CU-PO-CTL** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**REF-6324735** |

**IMAGED FILE**

BY FAX

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of (specify documents):
    **SUMMONS; COMPLAINT; COVER SHEET; NOTICE OF CASE ASSIGNMENT; NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE; STATEMENT OF DAMAGES**

3.  a.  Party served (specify name of party as shown on documents served):
        **ALS RESOLVION LLC**

    b.  [X]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) (specify name and relationship to the party named in item 3a ):
        **ALS RESOLVION LLC, Documents accepted by Madison Sisemore, Team Leader, authorized to accept.**

4.  Address where the party was served:
    **10815 DAVID TAYLOR DR, STE 250, CHARLOTTE, NC 28262-1047**

5.  I served the party (check proper box)

    a.  [X]  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): **08/14/2020** at (time): **3:16 PM**

    b.  [ ]  **by substituted service.** On (date):                  at (time):                  I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

        (1)  [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2)  [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3)  [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4)  [ ]  I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on (date):                  from (city):                  **or** [ ] a declaration of mailing is attached.

        (5)  [ ]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use<br>Judicial Council of California POS-<br>010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10

Tracking #: **0056867142**

REF: **REF-6324735**

Exhibit A - Page 23

| PLAINTIFF/PETITIONER:  JAROD WARRICK; ET AL. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  ALS RESOLVION LLC; ET AL. | 37-2020-00025189-CU-PO-CTL |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:         (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify)*:

c. ☐ as occupant.

d. ☒ On behalf of *(specify)*  **ALS RESOLVION LLC**

   under the following Code of Civil Procedure section:

   ☒ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
      ☐ other:

7. **Person who served papers**

a. Name:    **Michael Van Keuren**
b. Address:    **913 Coach House Place, Concord, NC 28027**
c. Telephone number:
d. The fee for service was: **$ 95.00**
e. I am:

   (1) ☒ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☐ registered California process server:

     (i) ☐ owner ☐ employee ☐ independent contractor.  For:
     (ii) ☐ Registration No.:     Registration #:
     (iii) ☐ County:     County:

BY FAX

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 08/27/2020

**Michael Van Keuren**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)

REF: **REF-6324735**    **PROOF OF SERVICE OF SUMMONS**    Tracking #: **0056867142**



Exhibit A - Page 24